1
2
3
4
5
6
7
8                                UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10

11  U.S. SMALL BUSINESS                         No. C07-03732 MEJ
    ADMINISTRATION, etc.,
12           Plaintiff(s),
                                                **CONSENT TO PROCEED BEFORE A**
13    v.                                        **UNITED STATES MAGISTRATE JUDGE**

14  JANE C. SLOANE,

15           Defendant(s).
    _____ /
16

17        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

19  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

20  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

21  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

22

23                                              CHRISTINE J. LEVIN

24  Dated: August 10, 2007                      _____
                                                Signature
25
                                                Counsel for  Plaintiff
26                                              (Plaintiff, Defendant or indicate "pro se")

27

28

NDC-07