1  JOHN O'CONNOR
   O'Connor & Associates
2  One Embarcadero Center, Suite 1020
   San Francisco, CA 94111
3  Telephone: 415-693-9960
   Facsimile: 415-981-0222
4
   BRUCE A. SINGAL
5  MICHELLE R. PEIRCE
   DAMIEN C. POWELL
6  Donoghue, Barrett & Singal, P.C.
   One Beacon Street
7  Boston, MA 02108
   Telephone: (617) 720-5090
8  Facsimile: (617) 720-5092

9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                   OAKLAND DIVISION

12
                                    )  NO. 07-03732
13  U.S. SMALL BUSINESS             )
    ADMINISTRATION, as Receiver for )
14  PROSPERO VENTURES, L.P.,        )  **DEFENDANT JANE C. SLOANE'S**
                                    )  **RESPONSE TO COMPLAINT FOR**
15              Plaintiff(s),       )  **BREACH OF PARTNERSHIP**
                                    )  **AGREEMENT AND DEMAND FOR**
16  v.                              )  **TRIAL BY JURY**
                                    )
17  JANE C. SLOANE,                 )
                                    )
18              Defendant(s).       )
                                    )
19

20      Defendant Jane C. Sloane responds to the numbered paragraphs of the Complaint follows:

21      1.      This paragraph sets forth conclusions of law to which no reply is necessary. To

22  the extent this paragraph can be read as including factual allegations, those allegations are denied.

23      2.      This paragraph sets forth conclusions of law to which no reply is necessary. To

24  the extent this paragraph can be read as including factual allegations, those allegations are denied.

25      3.      This paragraph sets forth conclusions of law to which no reply is necessary. To

26  the extent this paragraph can be read as including factual allegations, those allegations are denied.

27  This paragraph alleges facts that are not within defendant's knowledge.

28      4.      Defendant admits the first two sentences in this paragraph. The remainder of this

                                  1

1  paragraph sets forth conclusions of law to which no reply is necessary.  To the extent this

2  paragraph can be read as including factual allegations, those allegations are denied.

3       5.    Admitted.

4       6.    Admitted.

5       7.    Admitted.

6       8.    Defendant admits the dates and language in this paragraph, but states that the

7  document speaks for itself.

8       9.    Defendant admits the dates and language in this paragraph, but states that the

9  document speaks for itself.

10      10.    This paragraph sets forth conclusions of law to which no reply is necessary.  To

11 the extent this paragraph can be read as including factual allegations, those allegations are denied.

12      11.    Defendant is without sufficient knowledge and information concerning the

13 information contained in Prospero's books and records.

14      12.    Admitted.

15      13.    Admitted.

16      14.    Defendant admits the dates and language in this paragraph, but states that the

17 document speaks for itself.

18      15.    Defendant incorporates his responses as set forth in Paragraphs 1 through 14

19 above.

20      16.    Denied.

21      17.    Denied.

22 <center>AFFIRMATIVE DEFENSES</center>

23 <center>FIRST AFFIRMATIVE DEFENSE</center>

24     Plaintiff breached the Implied Covenant of Good Faith and Fair Dealing, by among other

25 things, failing to provide Prospero an opportunity to cure.

26 <center>SECOND AFFIRMATIVE DEFENSE</center>

27     Plaintiff acted in bad faith and with unclean hands.

28

<center>2</center>

1                                THIRD AFFIRMATIVE DEFENSE

2         Plaintiff is estopped from enforcing the contract because, among other reasons, it took

3 actions and made statements that were relied on by Prospero and defendant to their detriment.

4                              FOURTH AFFIRMATIVE DEFENSE

5         Plaintiff breached its fiduciary duties.

6                                FIFTH AFFIRMATIVE DEFENSE

7         SBA regulations (13 C.F.R. § 107.500 et. seq.), which are incorporated into the contract

8 and which were relied on by SBA, are invalid because they do not further the purpose of the

9 SBIC statute (15 U.S.C. §§ 661-697g).

10                                SIXTH AFFIRMATIVE DEFENSE

11         SBA regulations are vague, ambiguous and unenforceable under the due process clause of

12 the United States Constitution.

13                            SEVENTH AFFIRMATIVE DEFENSE

14         Plaintiff failed to mitigate its damages.

15                               EIGHTH AFFIRMATIVE DEFENSE

16         Plaintiff's actions are ultra vires.

17

18 Dated: October 18, 2007                  O'CONNOR & ASSOCIATES

19

20                          By: _____
                                John O'Connor

21                                 Attorneys for Defendant,
                                JANE C. SLOANE

22                                 DONOGHUE, BARRETT & SINGAL, P.C.
                                Bruce A. Singal

23                                 Michelle R. Peirce
                                Damien C. Powell

24                                 Attorneys for Defendant,
                                JANE C. SLOANE

25

26

27

28

                                            3