IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, | No. C 07-3732 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| vs. | **CASE MANAGEMENT ORDER** |
| JANE C. SLOANE, | |
| Defendant(s). _____/ | |

The Court is in receipt of the parties' Joint Case Management Statement, filed November 20, 2007. (Doc. #13.) Upon review of the parties' statement, the Court finds a cmc unnecessary and VACATES the December 13, 2007 Case Management Conference scheduled in this matter. As the Court referred this matter to court-sponsored mediation, it shall not schedule pretrial and trial dates at this time. However, the parties shall notify the Court of the outcome of the mediation as soon as possible and request a status conference if necessary at that time. As to discovery matters, the parties shall comply with the discovery plan in their joint statement. If any disputes arise, they shall comply with the undersigned's discovery standing order.

**IT IS SO ORDERED.**

Dated: November 27, 2007

MARIA-ELENA JAMES
United States Magistrate Judge