IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION,<br>as Receiver for PROSPERO VENTURES, L.P.,<br><br>　　　　　　Plaintiff(s),<br><br>　vs.<br><br>JANE C. SLOANE,<br><br>　　　　　　Defendant(s).<br>　　　　　　　　　　　　　　　　　　　/<br><br>AND RELATED CASES<br>　　　　　　　　　　　　　　　　　　　/ | No. C 07-3732 MEJ<br>Related Cases<br>　　No. C 07-3733 MEJ<br>　　No. C 07-3735 MEJ<br>　　No. C 07-3736 MEJ<br>　　No. C 07-3737 MEJ<br>　　No. C 07-3738 MEJ<br>　　No. C 07-3739 MEJ<br>　　No. C 07-3740 MEJ<br>　　No. C 07-3741 MEJ<br><br>**NOTICE OF REASSIGNED CASES** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　The above-captioned matters have been reassigned to Magistrate Judge Maria-Elena James for all purposes including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. Please conform your filings accordingly.

　　　For those cases which were previously referred to mediation, the parties shall notify the Court of the outcome of the mediation and request a status conference if necessary at that time. For those cases in which the Clerk of Court has entered the defendants' default, Plaintiff may proceed as stated in its case management conference statements filed in the default cases.

　　　**Plaintiff shall serve this Order upon all other parties not registered for the e-filing system.**

　　　**IT IS SO ORDERED.**

Dated: November 29, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge