1  JOHN O'CONNOR
   O'Connor & Associates
2  One Embarcadero Center, Suite 1020
   San Francisco, CA 94111
3  Telephone: 415-693-9960
   Facsimile: 415-981-0222
4
   BRUCE A. SINGAL
5  MICHELLE R. PEIRCE
   DAMIEN C. POWELL
6  Donoghue, Barrett & Singal, P.C.
   One Beacon Street
7  Boston, MA 02108
   Telephone: (617) 720-5090
8  Facsimile: (617) 720-5092

9

10                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                      OAKLAND DIVISION

12
                                          )   NO. 07-03732
13  U.S. SMALL BUSINESS                   )
    ADMINISTRATION, as Receiver for       )
14  PROSPERO VENTURES, L.P.,              )   **DEFENDANT JANE C. SLOANE'S**
                                          )   **RESPONSE TO COMPLAINT FOR**
15                  Plaintiff(s),         )   **BREACH OF PARTNERSHIP**
                                          )   **AGREEMENT AND DEMAND FOR**
16  v.                                    )   **TRIAL BY JURY**
                                          )
17  JANE C. SLOANE,                       )
                                          )
18                  Defendant(s).         )
                                          )
19

20      Defendant Jane C. Sloane responds to the numbered paragraphs of the Complaint follows:

21      1.      This paragraph sets forth conclusions of law to which no reply is necessary. To

22  the extent this paragraph can be read as including factual allegations, those allegations are denied.

23      2.      This paragraph sets forth conclusions of law to which no reply is necessary. To

24  the extent this paragraph can be read as including factual allegations, those allegations are denied.

25      3.      This paragraph sets forth conclusions of law to which no reply is necessary. To

26  the extent this paragraph can be read as including factual allegations, those allegations are denied.

27  This paragraph alleges facts that are not within defendant's knowledge.

28      4.      Defendant admits the first two sentences in this paragraph. The remainder of this

                                          1

1    paragraph sets forth conclusions of law to which no reply is necessary.  To the extent this

2    paragraph can be read as including factual allegations, those allegations are denied.

3         5.    Admitted.

4         6.    Admitted.

5         7.    Admitted.

6         8.    Defendant admits the dates and language in this paragraph, but states that the

7    document speaks for itself.

8         9.    Defendant admits the dates and language in this paragraph, but states that the

9    document speaks for itself.

10        10.   This paragraph sets forth conclusions of law to which no reply is necessary.  To

11   the extent this paragraph can be read as including factual allegations, those allegations are denied.

12        11.   Defendant is without sufficient knowledge and information concerning the

13   information contained in Prospero's books and records.

14        12.   Admitted.

15        13.   Admitted.

16        14.   Defendant admits the dates and language in this paragraph, but states that the

17   document speaks for itself.

18        15.   Defendant incorporates his responses as set forth in Paragraphs 1 through 14

19   above.

20        16.   Denied.

21        17.   Denied.

22                          AFFIRMATIVE DEFENSES

23                          FIRST AFFIRMATIVE DEFENSE

24        Plaintiff breached the Implied Covenant of Good Faith and Fair Dealing, by among other

25   things, failing to provide Prospero an opportunity to cure.

26                          SECOND AFFIRMATIVE DEFENSE

27        Plaintiff acted in bad faith and with unclean hands.

28

2

| | |
|---|---|
| 1 | <div align="center">THIRD AFFIRMATIVE DEFENSE</div> |
| 2 | Plaintiff is estopped from enforcing the contract because, among other reasons, it took |
| 3 | actions and made statements that were relied on by Prospero and defendant to their detriment. |
| 4 | <div align="center">FOURTH AFFIRMATIVE DEFENSE</div> |
| 5 | Plaintiff breached its fiduciary duties. |
| 6 | <div align="center">FIFTH AFFIRMATIVE DEFENSE</div> |

1              THIRD AFFIRMATIVE DEFENSE

2    Plaintiff is estopped from enforcing the contract because, among other reasons, it took

3  actions and made statements that were relied on by Prospero and defendant to their detriment.

4              FOURTH AFFIRMATIVE DEFENSE

5    Plaintiff breached its fiduciary duties.

6              FIFTH AFFIRMATIVE DEFENSE

7    SBA regulations (13 C.F.R. § 107.500 et. seq.), which are incorporated into the contract

8  and which were relied on by SBA, are invalid because they do not further the purpose of the

9  SBIC statute (15 U.S.C. §§ 661-697g).

10              SIXTH AFFIRMATIVE DEFENSE

11    SBA regulations are vague, ambiguous and unenforceable under the due process clause of

12  the United States Constitution.

13              SEVENTH AFFIRMATIVE DEFENSE

14    Plaintiff failed to mitigate its damages.

15              EIGHTH AFFIRMATIVE DEFENSE

16    Plaintiff's actions are ultra vires.

17

18  Dated: October 18, 2007                    O'CONNOR & ASSOCIATES

19

20                                      By:
                                            John O'Connor

21                                          Attorneys for Defendant,
                                            JANE C. SLOANE

22                                          DONOGHUE, BARRETT & SINGAL, P.C.
                                            Bruce A. Singal

23                                          Michelle R. Peirce
                                            Damien C. Powell

24                                          Attorneys for Defendant,
                                            JANE C. SLOANE

25

26

27

28

<div align="center">3</div>