# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### VAUGHN R. WALKER
United States District Chief Judge

Date :   August 7,  2008

**C07-3732  VRW**

US SBA as Receiver for Prospero Ventures LP   **v**   Jane C Sloane

Attorneys : For Plaintiff(s):    Darryl Horowitt

             For Defendant(s):    Bradley Kaplan

Deputy Clerk: Cora Klein                    Reporter: not reported

PROCEEDINGS:
                                            RULING:

1. _____          _____

2. _____          _____

3. _____          _____

Case Management Conference and report to the court the status of the settlement- Held.

Plaintiff's counsel informed the court that the matter has been resolved and plaintiff's counsel will file stipulation for dismissal.