ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT #100898
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>JANE C. SLOANE,<br><br>Defendant. | NO. C 07-03732 VRW<br>**Related Cases:**<br>C 07-03733, C 07-03735, C 07-03736,<br>C 07-03737, C 07-03738, C 07-03739,<br>C 07-03740, C 07-03741<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |

This stipulation is entered into by and between Plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., and Defendant, JANE C. SLOANE, by and through their respective attorneys of record, as follows:

**RECITALS**

This stipulation is entered into with the following facts taken into consideration:

A. The parties have entered into a settlement agreement which resolves all issues in this matter.

1

*U.S. Small Business Administration, etc.*
*v. Jane C. Sloane*
Case No. C 07-03732 VRW

B. Defendant has fully complied with the terms of the settlement agreement. As such, Plaintiff is desirous of dismissing the action, with prejudice, as to Defendant.

## STIPULATION

With the following facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties hereby stipulate and agree as follows:

1. The complaint in the above-captioned matter shall be dismissed, with prejudice.

2. This dismissal shall not constitute a dismissal of any of the related cases identified in the caption above.

3. This stipulation may be executed in counterparts and a facsimile and/or electronic signature shall be considered as valid as an original.


Dated: January 6, 2009            COLEMAN & HOROWITT, LLP


                                  By: */s/ Darryl J. Horowitt*
                                      DARRYL J. HOROWITT
                                      Attorneys for Plaintiff


Dated: January 6, 2009            DONOGHUE, BARRETT & SINGAL, P.C.


                                  By: */s/ Damien C. Powell*
                                      BRUCE A. SINGAL
                                      DAMIEN C. POWELL
                                      Appearance *Pro Hac Vice*
                                      Attorneys for Defendant

                                  O'CONNOR & ASSOCIATES
                                  JOHN O'CONNOR
                                  Attorney for Defendant

*U.S. Small Business Administration, etc.*
*v. Jane C. Sloane*
Case No. C 07-03732 VRW

**ORDER**

  The parties having so stipulated, and good cause appearing therefor,

  IT IS HEREBY ORDERED that the complaint shall be dismissed, with prejudice, against Defendant, JANE C. SLOANE.

Dated: 1/9/2009

_____
HONORABLE VAUGHN R. WALKER
U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Vaughn R Walker*